

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.,** a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The court has examined the record in related Appeal Nos. 04-14-00479-CV and 04-14-00480-CV and finds that, in the interest of efficient administration, the two cases should be consolidated for purposes of appeal. Accordingly, it is ORDERED that Appeal Nos. 04-14-00479-CV and 04-14-00480-CV are CONSOLIDATED, and shall be treated as an accelerated appeal. The parties shall file motions, briefs and any other pleadings as if the two causes were one case, but with both cause numbers designated on the cover. The court may dispose of both causes with the same order, opinion and mandate.

The court reporter's record having been filed on August 4, 2014, the appellant's brief is now ***due on August 25, 2014***.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court